Amy F. Sorenson (NV Bar No. 12495)
Richard C. Gordon (NV Bar No. 9036)
Holly E. Cheong (NV Bar No. 11936)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
       rgordon@swlaw.com
       hcheong@swlaw.com
*Attorneys for Wells Fargo Bank, N.A. and Federal National Mortgage Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THUNDER PROPERTIES, INC, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KATHLEEN J. TREADWAY, an individual; WELLS FARGO BANK, N.A., a national banking association; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a Delaware corporation; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | Case No.: 3:15-cv-00141-MMD-VPC<br><br>**JOINT MOTION TO STAY DISCOVERY PENDING OUTCOME OF DEFENDANTS' MOTION TO DISMISS** |

Plaintiff Thunder Properties, Inc. ("Plaintiff"), by and through their undersigned counsel of record, Roger P. Croteau & Associates, Ltd., Defendants Wells Fargo Bank, N.A. and Federal National Mortgage Association (collectively "Defendants"), by and through their undersigned counsel of record, the law firm of Snell & Wilmer L.L.P., and intervenor Federal Housing Financing Agency, by and through their undersigned counsel of record, the law firms of Fennemore Craig, P.C. and Arnold & Porter, LLP (collectively the "Parties"), for good cause shown, hereby move this Court for an order to stay discovery. This motion is based upon the following Memorandum of Points and Authorities, all papers filed with the Court, any documents

21698753

1  incorporated by reference or subject to judicial notice, and any oral argument this Court may
2  entertain.

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendants have filed a Motion to Dismiss Plaintiff's Complaint ("Motion") under Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 12(b)(6). [Doc. No. 10.] Now, the Parties respectfully request that this Court not allow the parties to proceed with discovery while these challenges to the basis of Plaintiff's entire action are pending. This is the first request for a stay of discovery in this matter.

While the standard to justify a stay is demanding, this case satisfies it. "The court will employ a two part test in determining whether to stay the discovery: (1) the pending motion must be potentially dispositive of the entire case or at least dispositive of the issue on which discovery is sought, and (2) the court must determine whether the pending potentially dispositive motion can be decided without additional discovery." *Ministerio Roca Solida v. U.S. Dep't of Fish & Wildlife*, 288 F.R.D. 500, 506 (D. Nev. 2013.) The Parties agree that Defendants' Motion warrants a stay under each consideration. Defendants' Motion contends that Nevada Revised Statutes 116.3116 *et seq.* (the "Statute") is unconstitutional on its face and also violates the Takings Clause of the United States and Nevada Constitutions. [Doc. No. 10.] If this Court agrees, this case must be dismissed in Defendants' favor. As Defendants' Motion is based solely on the language of the Statute and recorded documents which this Court may judicially notice, the Motion may also be decided without discovery. A discovery stay in this case is therefore justified.

Finally, while Defendants' Motion is pending, Plaintiff's ability to conduct discovery is prejudiced because it cannot customize discovery to Defendants' answer. It is therefore possible discovery would need to be extended, or discovery already conducted would need to be repeated after Defendants file an answer. The Parties agree that if this Court requires them to proceed with discovery under the circumstances of this case, it will be difficult to accomplish a "just, speedy and inexpensive determination" of the matter under Federal Rule of Civil Procedure 1. Discovery

- 2 -

21698753

for all Parties will be more expensive, discovery will be less efficient, and proceeding with discovery at this time may cause an unjust impact on the Parties discovery strategies.

## CONCLUSION

If discovery is not stayed pending resolution of the Motion, the Parties will potentially be forced to incur further costs in the production of documents, generation of responses to written discovery, and participation in depositions. All with the possibility of, shortly thereafter, having Defendants' Motion granted. Such a result would be costly, inefficient, and unjust. For this reason, the Parties request that this Court stay discovery until Defendants' Motion is decided.

Dated: May 21, 2015

By: /s/ Timothy Rhoda
Roger P. Croteau, Esq.
Timothy Rhoda, Esq.
Roger P. Croteau & Associates, Ltd.
9120 West Post Road, Suite 100
Las Vegas, NV  89148
*Attorneys for Plaintiff*

Dated: May 21, 2015

By: /s/ Holly E. Cheong
Amy F. Sorenson, Esq.
Richard C. Gordon, Esq.
Holly E. Cheong, Esq.
Snell & Wilmer, L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
*Attorneys for Defendants Wells Fargo Bank, N.A. and Federal National Mortgage Association*

SIGNATURES CONTINUE TO NEXT PAGE

- 3 -

21698753

1  Dated: May 21, 2015

2
   By: /s/ Asim Varma
3  Leslie Bryan Hart, Esq.
   John D. Tennert, Esq.
4  Fennemore Craig, P.C.
   300 E. Second St., Suite 1510
5  Reno, NV 89501
   Asim Varma, Esq.
6  Howard N. Cayne, Esq.
   Michael A.F. Johnson, Esq.
7  Arnold & Porter LLP
   555 12th St. NW
8  Washington, DC 20004
   *Attorneys for Intervenor Federal Housing Financing*
9  *Agency*

10

11

12                              **ORDER**

13       IT IS SO ORDERED.

14
            27th              May
15  Dated this ___ day of _____, 2015.     /s/ Valerie P. Cooke
16
                                          United States Magistrate Judge
17

- 4 -

21696753

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **JOINT MOTION TO STAY DISCOVERY PENDING OUTCOME OF DEFENDANTS' MOTION TO DISMISS** by method indicated below:

| | |
|---|---|
| _____ | U.S. Mail, postage prepaid |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Overnight Mail |
| _____ | Federal Express |
| \_\_\_X\_\_\_\_ | Electronic service through the court's e-service program, CM/ECF. |

and addressed to the following:

Roger P. Croteau, Esq.
Timothy E. Rhoda, Esq.
Roger P. Croteau & Associates, Ltd.
9120 West Post Road, Suite 100
Las Vegas, NV 89148
croteaulaw@croteaulaw.com
tim@croteaulaw.com
*Attorneys for Plaintiff*

Leslie Bryan Hart, Esq.
John D. Tennert, Esq.
Fennemore Craig, P.C.
300 E. Second St., Suite 1510
Reno, NV 89501
lhart@fclaw.com
jtennert@fclaw.com
*Attorneys for Intervenor Federal Housing Financing Agency*

Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
Arnold & Porter LLP
555 12th St. NW
Washington, DC 20004
Asim.Varma@aporter.com
Howard.Cayne@aporter.com
Michael.Johnson@aporter.com
*Attorneys for Intervenor Federal Housing Financing Agency*

DATED this 21st day of May, 2015.

/s/ Maricris Williams
An employee of Snell & Wilmer L.L.P.

Snell & Wilmer L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200