Amy F. Sorenson (NV Bar No. 12495)
Richard C. Gordon (NV Bar No. 9036)
Holly E. Cheong (NV Bar No. 11936)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: asorenson@swlaw.com
         rgordon@swlaw.com
         hcheong@swlaw.com
*Attorneys for Wells Fargo Bank, N.A. and*
*Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THUNDER PROPERTIES, INC, a Nevada corporation, | Case No.: 3:15-cv-00141-MMD-VPC |
| Plaintiff, | **FEDERAL NATIONAL MORTGAGE ASSOCIATION'S RULE 5.1 NOTICE OF CONSTITUTIONAL QUESTION** |
| vs. | |
| KATHLEEN J. TREADWAY, an individual; WELLS FARGO BANK, N.A., a national banking association; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a Delaware corporation; DOE individuals I through XX; and ROE CORPORATIONS I through XX, | |
| Defendants, | |
| and | |
| FEDERAL HOUSING FINANCE AGENCY, as Intervenor for Federal National Mortgage Association, | |
| Intervenor. | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, a Delaware corporation, | |
| Counterclaimant, | |
| and | |
| FEDERAL HOUSING FINANCE AGENCY, as Intervenor for Federal National Mortgage Association, | |
| Intervenor. | |

*Snell & Wilmer*
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702.784.5200

24123411

vs.

THUNDER PROPERTIES, INC., a Nevada
corporation,

                    Counter-defendant.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, a Delaware corporation,

                    Counterclaimant,

v.

THUNDER PROPERTIES, INC., a Nevada
corporation; WILLIAMSBURG
TOWNEHOMES HOMEOWNERS
ASSOCIATION, a Nevada non-profit
corporation,

                    Counterdefendants.

Defendant and Counterclaimant Federal National Mortgage Association ("Fannie Mae"), by and through its attorneys, Snell & Wilmer L.L.P., provides this Notice of Constitutional Question pursuant to Federal Rule of Civil Procedure 5.1.

Fannie Mae has challenged the constitutionality of Nevada Revised Statute 116.3116 *et seq.* (the "Statute") as more fully set forth in its Counterclaim [ECF #48]. Fannie Mae alleges that the Statute is unconstitutional under the right to due process, which is secured by the Fifth and Fourteenth Amendments to the U.S. Constitution. Those due process provisions of the U.S. Constitution require that "at a minimum, [the] deprivation of life, liberty or property by adjudication be preceded by notice and opportunity for hearing appropriate to the nature of the case." *Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306, 314 (1950). Here, the Statute does not require a homeowner's association to provide notice to parties with an interest in a deed of trust before a homeowner's foreclosure sale purportedly extinguishes a deed of trust. Thus, the Statute violates due process as set forth in the U.S. Constitution.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

24123411

1    This Notice of Constitutional Question is made for the purposes outlined in Rule 5.1 of

2    the Federal Rules of Civil Procedure. A copy of this Notice along with the Counterclaim on file

3    herein has been sent by certified mail to the Office of the Attorney General.

4    DATED this 17th day of May, 2016.

5    SNELL & WILMER L.L.P.

6

7    By:   */s/ Holly E. Cheong*
          Amy F. Sorenson, Esq. (NV Bar No. 12495)
8          Richard C. Gordon, Esq. (NV Bar No. 9036)
          Holly E. Cheong, Esq. (NV Bar No. 11936)
9          3883 Howard Hughes Parkway, Suite 1100
          Las Vegas, NV 89169
10         Telephone (702) 784-5200
          Facsimile: (702) 784-5252

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

24123411

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action.  On this date, I caused to be served a true and correct copy of the foregoing Federal National Mortgage Association's Rule 5.1 Notice of Constitutional Question by method indicated below:

| _____ | U.S. Mail, postage prepaid | _____ | Overnight Mail |
| _____ | U.S. Certified Mail | _____ | Federal Express |
| _____ | Facsimile Transmission | ____X_____ | Electronic service through the court's e-service program, CM/ECF. |

and addressed to the following:

Roger P. Croteau, Esq.
Timothy E. Rhoda, Esq.
Roger P. Croteau & Associates, Ltd.
9120 West Post Road, Suite 100
Las Vegas, NV  89148
croteaulaw@croteaulaw.com
tim@croteaulaw.com
*Attorneys for Plaintiff*

Leslie Bryan Hart, Esq.
John D. Tennert, Esq.
Fennemore Craig, P.C.
300 E. Second St., Suite 1510
Reno, NV 89501
lhart@fclaw.com
jtennert@fclaw.com
*Attorneys for Intervenor Federal Housing Financing Agency*

Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
Arnold & Porter LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Asim_Varma@aporter.com
Howard.Cayne@aporter.com
michael.johnson@aporter.com
*Attorneys for Intervenor Federal Housing Financing Agency*

William A. Baker, Esq.
Walsh Baker & Rosevear, PC
9468 Double R Blvd., Suite A
Reno, NV 89521
wbaker@wbrl.net
*Attorneys for Counter Defendant Williamsburg Townehomes Homeowners Association*

Gina Long
Office of the Attorney General
555 E. Washington Ave., Suite 3900
Las Vegas, NV 89101
*(via certified U.S. Mail, return receipt requested)*

DATED this 17th day of May, 2016.

*/s/ Maricris Williams*
An employee of Snell & Wilmer L.L.P.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702.784.5200

24123411