UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THUNDER PROPERTIES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN J. TREADWAY, an individual; WELLS FARGO BANK, N.A., a national banking association; FEDERAL NATIONAL MORTGAGE ASSOCIATION, INC., a Delaware corporation; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | Case No. 3:15-cv-00141-MMD-VPC<br><br>ORDER |

Pursuant to 28 U.S.C. § 2403 and Federal Rule of Civil Procedure 5.1(b), the Court hereby certifies to the Attorney General for the State of Nevada that Defendant and Counterclaimant Federal National Mortgage Association has drawn into question the constitutionality of NRS § 116.3116 *et. seq.* The Clerk is directed to serve a copy of this certification order on the Nevada Attorney General.

DATED THIS 18th day of May 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE